

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00375-CR

Charles D. **TUTTOILMONDO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2246
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on October 27, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court